In the Matter of the Will of AUSTIN B. FLETCHER, Deceased.

CHARLES S. CHADWICK, Appellant; TRUSTEES OF FLETCHER HOSPITAL et al., Respondents.

Submitted April 3, 1939; decided May 17, 1939.

Motion to amend remittitur denied as unnecessary. This court by its decision passed solely upon the construction of the will. Other questions are left open. (See 280 N. Y. 86.)